**Order entered May 10, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-20-00928-CV
No. 05-20-00929-CV
No. 05-20-00930-CV

**CONTINENTAL HERITAGE INSURANCE COMPANY, AGENT PAT KINNARD, D/B/A PAT KINNARD BAIL BONDS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2
Dallas County, Texas
Trial Court Cause Nos. F17-59990, F17-59991, and F17-59992**

**ORDER**

Before Chief Justice Burns, Justice Goldstein, and Justice Smith

We **REINSTATE** these appeals.

On April 20, 2021, we abated these appeals to allow the trial court to perform its ministerial duty to sign orders in accordance with its rulings. A supplemental clerk's record has been filed in each appeal with the trial court's signed orders.

Appellee shall file its brief in each appeal on or before **June 9, 2021**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE